✓#10136  #128283



FILED
2010 FEB 11 PM 3:31
CLERK U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: OSTERWALDER, RICHARD E     Case No. 07-30139

Debtor(s)     Chapter 7

Judge Richard L. Speer

## TRANSMITTAL OF UNCLAIMED FUNDS

Ericka S. Parker, Trustee in the above-captioned estate reports the following:

1. Ninety days have passed since the final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Name | Address | Amount |
|---|---|---|
| Sky Bank, Mid Am Region, c/o John J. Hunter, Esq., One Canton Square 1700 Canton Ave., Toledo, OH 43604 | | $19,555.76 |

2. Your Trustee's check for $19,555.76 payable to the Clerk of the United States Bankruptcy court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: 2/9/10

_Ericka Parker_
Ericka S. Parker, Trustee

Office of the U. S. Trustee
*Served electronically

ep\unclafunds.frm