✓# 10149   # 128385

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 MAR 31 PM 1:54

In re:  OSTERWALDER, RICHARD E            Case No. 07-30139

Judge Richard L. Speer

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Mack Financial Services, P.O. Box 26131, Greensboro, NC 27402 | $ 0.79 |
| Chase Bank USA, NA, P. O. Box 15145, Wilmington, DE 19850 | 2.32 |
| American Express Bank FSB, c/o Becker & Lee, LLP, P.O. Box 3001, Malvern, PA 19355 | 3.96 |
| Sterling Fur Co., 11268 Frick Rd., Sterling, OH 44276 | 0.53 |
| Shilling Propane Service, 10500 C H 122, P.O. Box 415, Upper Sandusky, OH 43351 | 0.74 |
| Easton, 5040 Harold Gatty Dr., Salt Lake City, UT 84116 | 3.55 |
| Al's Convenience Store, 614 West Market St., Tiffin, OH 44883 | 1.19 |
| American Electric Power, P.O. Box 2021, Roanoke, VA 24022 | 0.42 |
| Wilson Tire Co., c/o Atty. James Gucker, 31 S. Washington, Tiffin, OH 44883 | 4.54 |
| Haines Publishing, Inc., 8050 Freedom Ave., NW, N. Canton, OH 44720 | 1.34 |
| Mercy Hospital of Tiffin, Dept. L 2958, Columbus, OH 43260 | 0.62 |
| Columbia Gas of Ohio, 200 Civic Center Dr., 11th Fl., Columbus, OH 43215 | 0.81 |
| LVNV Funding, LLC, P. O. Box 10587, Greenville, SC 29603 | 2.91 |
| Ameri-Kart/WEK, 55 W. Technecenter Dr., Milford, OH 45150 | 1.79 |
| Linda S. Ritzler, 266 N. Washington, Tiffin, OH 44883 | 1.73 |

Check for $27.24 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

*Ericka Parker*
Ericka S. Parker, Trustee

Dated:

Cc: Office of the U.S. Trustee