R# 108660
V# 10150
FILED
2010 JUL -9 PM 4:37
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re:   OSTERWALDER, RICHARD E          Case No. 07-30139

          Debtor(s)                      Chapter 7

                                         Judge Richard L.  Speer

## TRANSMITTAL OF UNCLAIMED FUNDS

    Ericka S. Parker, Trustee in the above-captioned estate reports the following:

    1.  Ninety days have passed since the final distribution was made in this case.  A stop payment has been issued on all checks remaining unpaid.  The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Name | Address | Amount |
|------|---------|--------|
| Dorothy M. Osterwalder, | 2253 South C.R. 591, Tiffin OH 44883 | $8.22 |

    2.  Your Trustee's check for $           payable to the Clerk of the United States Bankruptcy court is attached to this report and list.

    3.  Nothing further remains to be done in this case.

Date:   7/7/2010

_____
Ericka S. Parker, Trustee

ep\unclafunds.frm